**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

17 OCT 25 AM 10: 48

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LAMBERTO ENCINAS-GIL (1),

        Defendant.

CASE NO. 17CR2151-CAB

BY: RMC DEPUTY

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

_X_ the Court has granted the motion of the defendant for dismissal under 8 U.S.C. Sec. 1326(d); or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

8 U.S.C. Sec. 1326(a) and (b) - Removed Alien Found in the United States.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 25, 2017

Cathy Ann Bencivengo
U.S. District Judge